# ALBERT E. MELIN AND ANOTHER v. RICHARD S. MAYBURY.[1]

July 6, 1917.

Nos. 20,242—(55).

**Sham pleading stricken.**

Defendant's motion to vacate a default judgment was granted, with leave to answer. Plaintiff's motion to strike out as sham and frivolous the answer which was filed was granted. *Held*: The trial court did not abuse its discretion. [Reporter.]

Action in the municipal court of Minneapolis to recover $87 rent under a lease. Defendant's motion to vacate the judgment by default and to serve and file his answer was granted, Montgomery, J. From an order, Charles L. Smith, J., denying judgment in favor of plaintiffs by striking out the answer as sham and frivolous and granting defendant leave to serve an amended answer, plaintiffs appealed. Affirmed.

*E. Luther Melin*, for appellants.

*N. A. L'Herault*, for respondent.

PER CURIAM.

Plaintiffs procured a default judgment against defendant for rent. The court granted the motion of defendant to set aside this judgment and be permitted to answer. The answer was filed and plaintiffs moved to strike it out as sham and frivolous. The court granted this motion, but gave defendant leave to serve an amended answer. Plaintiffs appealed from this order, in that it denied judgment in favor of plaintiffs, and granted defendant leave to answer.

We do not decide that the order is appealable. We hold that there was no abuse of discretion.

Order affirmed.

[1]Reported in 163 N. W. 1069.